**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                   §
                                         §
SAILER, JAMES JOSEPH                     §   Case No. 12-28869
SAILER, NANCY MARIE                      §
                                         §
                                         §
            Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                CLERK OF THE COURT
                219 South Dearborn
                Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/19/2014 in Courtroom ,
                Joliet City Hall
                150 West Jefferson, 2nd Floor
                Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __11/18/2014__          By: __CLERK OF THE COURT__

Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SAILER, JAMES JOSEPH § Case No. 12-28869
SAILER, NANCY MARIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 25,865.48 |
| and approved disbursements of | $ | 897.74 |
| leaving a balance on hand of[1] | $ | 24,967.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 3,336.55 | $ 0.00 | $ 3,336.55 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 80.56 | $ 0.00 | $ 80.56 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 1,029.00 | $ 0.00 | $ 1,029.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,446.11 |
| Remaining Balance | $ 20,521.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,341.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,787.84 | $ 0.00 | $ 2,996.16 |
| 000002 | Discover Bank | $ 5,374.23 | $ 0.00 | $ 2,067.59 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 26,961.54 | $ 0.00 | $ 10,372.73 |
| 000004 | Capital Recovery V, LLC | $ 602.38 | $ 0.00 | $ 231.75 |
| 000005 | Capital Recovery V, LLC | $ 78.29 | $ 0.00 | $ 30.12 |
| 000006 | Capital Recovery V, LLC | $ 2,478.58 | $ 0.00 | $ 953.57 |
| 000007 | Capital One, N.A. | $ 380.33 | $ 0.00 | $ 146.32 |
| 000008 | American Express Bank, FSB | $ 2,497.98 | $ 0.00 | $ 961.03 |
| 000009 | PYOD, LLC its successors and assigns as assignee | $ 201.17 | $ 0.00 | $ 77.39 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | PYOD, LLC its successors and assigns as assignee | $ 6,978.96 | $ 0.00 | $ 2,684.97 |
| | Total to be paid to timely general unsecured creditors | | $ | 20,521.63 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-28869-BWB
James Joseph Sailer                                                 Chapter 7
Nancy Marie Sailer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: driddick            Page 1 of 2              Date Rcvd: Nov 19, 2014
                               Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2014.
```
db/jdb         +James Joseph Sailer,   Nancy Marie Sailer,    24510 S Timberline Trail,   Crete, IL 60417-2732
aty            +Peter N Metrou and Metrou & Associates P C,   Metrou & Associates P C,
                 123 W Washington Street Ste 216,    Oswego, IL 60543-1049
19176675       +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
20188373        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19176668      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  BANK OF America, N.A.,   Attn: Bankruptcy Dept.,
                 4161 Piedmont Pkwy,   Greensboro, NC 27410)
19176680       +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
20152376        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19176681        Community Healthcare System,   Attn: Bankruptcy Department,   PO Box 46321,   Munster, IN 46321
19176669       +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
19176670       +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19176672       +Mcydsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
19176667       +Sears/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6282,   Sioux Falls, SD 57117-6282
19176671       +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
19176677       +UNVL/CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
19176664      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  US BANK,   Attn: Bankruptcy Dept.,   Po Box 5227,
                 Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20356740        E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2014 02:06:03     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
19949357        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2014 02:03:31     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19176676       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2014 02:03:31     Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
20137481        E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2014 02:03:26     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19176674       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2014 02:03:26     Gecrb/JC PENNEY DC,
                 Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
19176666        E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2014 02:04:43     Gecrb/JCP,
                 Attn: Bankruptcy Dept.,   Po Box 984100,   El Paso, TX 79998
19176665       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2014 01:49:14     Kohls/Capone,
                 Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
20338129       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2014 02:06:01
                 PYOD, LLC its successors and assigns as assignee,   of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
19959398       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2014 02:04:27
                 PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
20356741        E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2014 02:06:03
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19176678*      +Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
19176673*       Gecrb/JCP,   Attn: Bankruptcy Dept.,   Po Box 984100,   El Paso, TX 79998
19176679*      +Sears/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6282,   Sioux Falls, SD 57117-6282
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2014                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: driddick             Page 2 of 2            Date Rcvd: Nov 19, 2014
                              Form ID: pdf006            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2014 at the address(es) listed below:

```
              Nathan E Curtis    on behalf of Joint Debtor Nancy Marie Sailer ndil@geracilaw.com
              Nathan E Curtis    on behalf of Debtor James Joseph Sailer ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    on behalf of Accountant    Popowcer Katten   Ltd. met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 6
```