UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SAILER, JAMES JOSEPH § Case No. 12-28869
SAILER, NANCY MARIE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/Peter N. Metrou, Trustee_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 BANK OF America, N.A. Attn: Bankruptcy Dept. 4161 Piedmont Pkwy Greensboro NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 US BANK Attn: Bankruptcy Dept. Po Box 5227 Cincinnati OH 45201 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| POPOWCER KATTEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 14 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 | | | | | |
| | 15 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 3 Community Healthcare System Attn: Bankruptcy Department PO Box 46321 Munster IN 46321 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |
| 000005 | CAPITAL RECOVERY V, LLC | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000010 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-28869 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SAILER, JAMES JOSEPH | Date Filed (f) or Converted (c): | 07/20/12 (f) |
| | SAILER, NANCY MARIE | 341(a) Meeting Date: | 08/16/12 |
| For Period Ending: | 02/12/15 | Claims Bar Date: | 04/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 24510 S. Timberline Tr., Crete, IL 60417 (debtors' | 238,000.00 | 0.00 | | 0.00 | FA |
| 2. checking account with - TCU Credit Union xxx033 | 350.00 | 0.00 | | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 2,200.00 | 0.00 | | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 160.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 6. Earrings, watch, costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7. Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 8. US BANK - 2006 Chrysler 300 | 7,750.00 | 0.00 | | 0.00 | FA |
| 9. 2000 Chrysler LHS | 1,627.00 | 0.00 | | 0.00 | FA |
| 10. Inherited RE (u) | Unknown | 0.00 | | 25,809.70 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. Term Life ins- no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 13. Refund from State of Illinois (u) | 0.00 | 0.00 | | 55.78 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $250,437.00   $0.00   $25,865.48   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold estate's interest in real estate. Employed accountant to do tax returns.

Initial Projected Date of Final Report (TFR): 09/30/13   Current Projected Date of Final Report (TFR): 06/30/14

LFORM1                                                                                                    Ver: 18.04
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-28869 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | SAILER, JAMES JOSEPH | | Bank Name: | Associated Bank |
| | SAILER, NANCY MARIE | | Account Number / CD #: | *******4887 Checking Account |
| Taxpayer ID No: | *******9964 | | | |
| For Period Ending: | 02/12/15 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 25,762.96 | | 25,762.96 |
| 05/13/14 | 005001 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053<br>Chicago, IL 64338 | Tax Year ending 12/13 | 2820-000 | | 851.00 | 24,911.96 |
| 08/28/14 | 13 | Judy Baar Topinka<br>State of Ilinois | Refund from State of IL | 1290-000 | 55.78 | | 24,967.74 |
| 12/23/14 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 3,417.11 | 21,550.63 |
| | | | Fees 3,336.55 | 2100-000 | | | |
| | | | Expenses 80.56 | 2200-000 | | | |
| 12/23/14 | 005003 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Accountant Fees | 3410-000 | | 1,029.00 | 20,521.63 |
| 12/23/14 | 005004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 38.47229% | 7100-000 | | 2,996.16 | 17,525.47 |
| 12/23/14 | 005005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 38.47230% | 7100-000 | | 2,067.59 | 15,457.88 |
| 12/23/14 | 005006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 38.47232% | 7100-000 | | 10,372.73 | 5,085.15 |
| | | | Page Subtotals | | 25,818.74 | 20,733.59 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-28869 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | SAILER, JAMES JOSEPH | | Bank Name: | Associated Bank |
| | SAILER, NANCY MARIE | | Account Number / CD #: | *******4887  Checking Account |
| Taxpayer ID No: | *******9964 | | | |
| For Period Ending: | 02/12/15 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/14 | 005007 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000004, Payment 38.47239% | 7100-000 | | 231.75 | 4,853.40 |
| 12/23/14 | 005008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000005, Payment 38.47235% | 7100-000 | | 30.12 | 4,823.28 |
| 12/23/14 | 005009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000006, Payment 38.47243% | 7100-000 | | 953.57 | 3,869.71 |
| 12/23/14 | 005010 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 38.47185% | 7100-000 | | 146.32 | 3,723.39 |
| 12/23/14 | 005011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 38.47229% | 7100-000 | | 961.03 | 2,762.36 |
| 12/23/14 | 005012 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000009, Payment 38.46995% | 7100-000 | | 77.39 | 2,684.97 |
| 12/23/14 | 005013 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000010, Payment 38.47235% | 7100-000 | | 2,684.97 | 0.00 |

Page Subtotals          0.00          5,085.15

Ver: 18.04

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-28869 -BWB |
| Case Name: | SAILER, JAMES JOSEPH |
| | SAILER, NANCY MARIE |
| Taxpayer ID No: | *******9964 |
| For Period Ending: | 02/12/15 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******4887 Checking Account |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,818.74 | 25,818.74 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 25,762.96 | 0.00 | |
| | | | Subtotal | | 55.78 | 25,818.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 55.78 | 25,818.74 | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-28869 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SAILER, JAMES JOSEPH | Bank Name: | Congressional Bank |
|  | SAILER, NANCY MARIE | Account Number / CD #: | *******0051  Checking Account |
| Taxpayer ID No: | *******9964 |  |  |
| For Period Ending: | 02/12/15 | Blanket Bond (per case limit): | $ 71,065,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/10/13 | 10 | SOUTHERN ILLINOIS TITLE INS SERVICES INC  209 E MAIN ST  CARMI, IL 62821 | SALE OF RE | 1210-000 | 25,809.70 |  | 25,809.70 |
| 02/06/14 | 001001 | INTERNATIONAL SURETIES, LTD  SUITE 420  701 POYDRAS ST.  NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 |  | 46.74 | 25,762.96 |
| 03/25/14 |  | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 |  | 25,762.96 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,809.70 | 25,809.70 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 25,762.96 |
| Subtotal | 25,809.70 | 46.74 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 25,809.70 | 46.74 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4887 | 55.78 | 25,818.74 | 0.00 |
| Checking Account - ********0051 | 25,809.70 | 46.74 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 25,865.48 | 25,865.48 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       25,809.70       25,809.70

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*